No. 98–9604. CRIPPEN *v.* CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 98–9605. BUCHHOLZ *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 98–9606. COE *v.* BELL, WARDEN. C. A. 6th Cir. Certiorari denied. ■

No. 98–9607. JACKSON *v.* HOUSTON, WARDEN. C. A. 11th Cir. Certiorari denied. ■

No. 98–9608. NATALE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ■

No. 98–9609. MOORE *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied. ■

No. 98–9611. SEARCY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. ■

No. 98–9612. SINGLETON *v.* GEORGIA. Ct. App. Ga. Certiorari denied. ■

No. 98–9613. PAYAN-SOLIS *v.* UNITED STATES;
No. 98–9658. RIVAS-LERMA *v.* UNITED STATES;
No. 98–9719. ROJAS RENTERIA *v.* UNITED STATES;
No. 98–9797. MORCILLO-VIDAL *v.* UNITED STATES;
No. 98–9841. PALMA-ROBAYO *v.* UNITED STATES;
No. 98–9947. FERRARO MONTESDEOCA *v.* UNITED STATES;
No. 98–9948. LERMA-LERMA *v.* UNITED STATES;
No. 98–9950. OTERO-ESTUPINAN *v.* UNITED STATES; and
No. 98–9954. CAICEDO PINEDA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 144 F. 3d 1249.

No. 98–9614. ROLLACK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ■

No. 98–9615. WILLIAMS *v.* GALAZA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–9616. WILLIAMS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ■

No. 98–9618. BONNELL *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.